# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

PAUL J. STANN,

    Plaintiff,

v.                                            Case No. 6:18-cv-1499-WWB-LHP

THE FIRST LIBERTY INSURANCE
CORPORATION,

    Defendant.
_____/

## ORDER

THIS CAUSE is before the Court on Defendant's Renewed Motion to Quantify Attorney Fee Sanction Under 28 U.S.C. § 1927 (Doc. 130). United States Magistrate Judge Leslie Hoffman Price issued a Report and Recommendation (Doc. 132), in which she recommends that the Motion be granted in part and denied in part.

After an independent de novo review of the record, and noting that no objections were timely filed, the Court agrees entirely with the Report and Recommendation.

Therefore, it is **ORDERED** and **ADJUDGED** as follows:

1. The Report and Recommendation (Doc. 132) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. Defendant's Renewed Motion to Quantify Attorney Fee Sanction Under 28 U.S.C. § 1927 (Doc. 130) is **GRANTED in part** as set forth in the Report and Recommendation and this Order and **DENIED** in all other respects.

3. Defendant is awarded attorneys' fees in the amount of $6,386.50.

**DONE AND ORDERED** in Orlando, Florida on July 19, 2022.

_____
WENDY W. BERGER
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record